# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| TRACY COLLINS, KEITH B. HUMPHREY JOSEPH R. DIAZ, BEVERLY SECKINGER, STEPHEN RUSSELL, DEANNA PFLEGER, COREY SEEMILLER, CARRIE SPERLING AND LESLIE KEMP,<br><br>                    Plaintiffs,<br><br>          v.<br><br>JANICE K. BREWER, in her official capacity as Governor of the State of Arizona, DAVID RABER, in his official capacity as Interim Director of the Arizona Department of Administration and Personnel Board, KATHY PECKARDT, in her official capacity as Director of Human Resources for the Arizona Department of Administration and Personnel Board; and Does 1 through 100,<br><br>                    Defendants. | Case No:   2:09-cv-02402-JWS<br><br>ORDER FOR STAY PENDING APPLICATION FOR CERTIORARI |

Based upon the written stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED:

1. Staying this case and all its proceedings pending the Defendants' filing of a petition for certiorari to the United States Supreme Court and until two weeks after Supreme Court proceedings are complete.

2. Continuing the preliminary injunction in this case unless and until the same is modified or terminated by subsequent order of this Court.

3. Providing that the parties may, without being in violation of the stay entered by this order, apply to this Court at any time for modification of the preliminary injunction for good cause.

DATED this 18th day of June 2012.

                                              /s/  JOHN W. SEDWICK
                                      UNITED STATES DISTRICT JUDGE