THOMAS C. HORNE
Attorney General
(Firm State Bar No. 14000)

Charles A. Grube
Senior Agency Counsel
State Bar No. 011511
1275 W. Washington
Phoenix, Arizona 85007−2997
Telephone: (602) 542-8341
Facsimile: (602) 542-4385
AdminLaw@azag.gov
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| TRACY COLLINS, KEITH B. HUMPHREY JOSEPH R. DIAZ, BEVERLY SECKINGER, STEPHEN RUSSELL, DEANNA PFLEGER, COREY SEEMILLER, CARRIE SPERLING AND LESLIE KEMP,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>JANICE K. BREWER, in her official capacity as Governor of the State of Arizona, DAVID RABER, in his official capacity as Interim Director of the Arizona Department of Administration and Personnel Board, KATHY PECKARDT, in her official capacity as Director of Human Resources for the Arizona Department of Administration and Personnel Board; and Does 1 through 100,<br><br>　　　　　　　　　Defendants. | Case No: 2:09-cv-02402-JWS<br><br>REPORT ON STATUS OF APPLICATION FOR CERTIORARI |

As directed by the Court, this is a report on the status of the Defendants' application for certiorari to the United States Supreme Court. On June 27, 2013, the Court denied the petition for certiorari without comment. The denial came the day after the Court announced its decisions in *Windsor v. United States*, No. 12-63 and *Hollingsworth v. Perry*, No. 12-144.

Dated this 1st day of July, 2013.

                                            THOMAS C. HORNE
                                            Attorney General

                                            <u>s/Charles A. Grube</u>
                                            Charles A. Grube
                                            Senior Agency Counsel

<u>NOTICE OF ELECTRONIC FILING AND
CERTIFICATE OF SERVICE</u>

I hereby certify that on July 1, 2013, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Tara L. Borelli
Lamba Legal Defense and Education Fund, Inc.
3325 Wilshire Boulevard
Suite 1300
Los Angeles, California  90010

Daniel C. Barr
Rhonda L Barnes
Perkins Coie  LLP
2901 North Central Avenue

Suite 200
Phoenix, AZ  85012-2788

                                    s/Charles A. Grube
                                    Senior Agency Counsel

3463320