Tara L. Borelli (*Pro Hac Vice*)
**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**
3325 Wilshire Boulevard, Suite 1300
Los Angeles, California 90010
Email:  tborelli@lambdalegal.org
Telephone:   213.382.7600
Facsimile:    213.351.6050

Daniel C. Barr (Bar No. 010149)
Kirstin T. Eidenbach (Bar No. 027341)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Email:  DBarr@perkinscoie.com
            KEidenbach@perkinscoie.com
            JPeters@perkinscoie.com
Telephone:   602.351.8000
Facsimile:    602.648.7000

*Attorneys for Plaintiffs Tracy Collins, Keith B. Humphrey, Joseph R. Diaz, Beverly Seckinger, Stephen Russell, Deanna Pfleger, Corey Seemiller, Carrie Sperling, and Leslie Kemp*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Tracy Collins, Keith B. Humphrey, Joseph R. Diaz, Beverly Seckinger, Stephen Russell, Deanna Pfleger, Corey Seemiller, Carrie Sperling, and Leslie Kemp,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Janice K. Brewer, personally and in her official capacity as Governor of the State of Arizona; et al.,<br><br>　　　　　　Defendants. | No. CV09-2402-PHX-JWS<br><br>**NOTICE OF SERVICE OF PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** |

Pursuant to Local Civil Rule 5.2 and Federal Rule of Civil Procedure 5(d), Plaintiffs Tracy Collins, Keith B. Humphrey, Joseph R. Diaz, Beverly Seckinger, Stephen Russell, Deanna Pfleger, Corey Seemiller, Carrie Sperling, and Leslie Kemp, by and through undersigned counsel, hereby provide notice to the Court that they have served their initial disclosures via email and first-class mail upon counsel for Defendants Janice K. Brewer, Brian McNeil, and Marie Isaacson,[1] in accordance with Federal Rule of Civil Procedure 26(a)(1).

Dated: August 1, 2013.

| | |
|---|---|
| **LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.** | **PERKINS COIE LLP** |
| Tara L. Borelli<br>3325 Wilshire Blvd., Ste. 1300<br>Los Angeles, California 90010<br>By: s/ Tara L. Borelli | Daniel C. Barr<br>Kirstin T. Eidenbach<br>Jerica L. Peters<br>2901 North Central Avenue, Ste. 2000<br>Phoenix, Arizona 85012-2788 |
| | Attorneys for Plaintiffs Tracy Collins, Keith B. Humphrey, Joseph R. Diaz, Beverly Seckinger, Stephen Russell, Deanna Pfleger, Corey Seemiller, Carrie Sperling, and Leslie Kemp |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Brian McNeil is substituted for his predecessor, David Raber; and Marie Isaacson is substituted for her predecessor, Kathy Peckardt.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2013 I electronically transmitted the foregoing document and all attachments to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Charles A. Grube (charles.grube@azag.gov)
Alisa Blandford (alisa.blandford@azag.gov)
Kathryn J. Winters (kathryn.winters@azag.gov)

                                            s/ Tara L. Borelli