THOMAS C. HORNE
Attorney General
(Firm State Bar No. 14000)

Charles A. Grube
Senior Agency Counsel
State Bar No. 011511
1275 W. Washington
Phoenix, Arizona 85007‒2997
Telephone: (602) 542-8341
Facsimile: (602) 542-4385
AdminLaw@azag.gov
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| TRACY COLLINS, KEITH B. HUMPHREY JOSEPH R. DIAZ, BEVERLY SECKINGER, STEPHEN RUSSELL, DEANNA PFLEGER, COREY SEEMILLER, CARRIE SPERLING AND LESLIE KEMP,<br><br>Plaintiffs,<br><br>v.<br><br>JANICE K. BREWER, in her official capacity as Governor of the State of Arizona, et al.,<br><br>Defendants. | Case No: 2:09-cv-02402-JWS<br><br>NOTICE OF SERVICE OF DEFENDANTS' INITIAL DISCLOSURES UNDER RULE 26(a)(1) AND PRELIMINARY WITNESS LIST |

    Defendants, by undersigned counsel, hereby give notice that they have this date served upon Plaintiffs' counsel Defendants' initial disclosures (including a preliminary witness list) as

-1-

required by Fed. R. Civ. P. 26(a)(1) and the Scheduling and Planning Order in this case. Service was made by both electronic delivery and by U.S. Mail, postage prepaid.

      Dated this 5th day of August, 2013.

                                     Thomas C. Horne
                                     Attorney General

                                     <u>s/Charles A. Grube</u>
                                     Charles A. Grube
                                     Senior Agency Counsel

# NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2013, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Tara L. Borelli
Lamba Legal Defense and Education Fund, Inc.
3325 Wilshire Boulevard
Suite 1300
Los Angeles, California  90010

Daniel C. Barr
Kirstin T. Eidenbach
Jerica L. Peters
Perkins Coie  LLP
2901 North Central Avenue
Suite 200
Phoenix, AZ  85012-2788

                                          s/Charles A. Grube
                                          Senior Agency Counsel

3499749