UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Tracy Collins, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>Janice K. Brewer, in her official capacity as Governor of the State of Arizona, et al.,<br><br>          Defendants. | No. CV 09-2402-PHX-JWS<br><br>**ORDER GRANTING PLAINTIFFS LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

Based upon the parties' Stipulation To Allow Plaintiffs To File A Second Amended Complaint duly made, and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs are granted leave to file a Second Amended Complaint;

IT IS FURTHER ORDERED that Plaintiffs shall file a non-redlined version of their Second Amended Complaint within seven (7) days of this Order;

IT IS FURTHER ORDERED that service shall be perfected on all Defendants by Plaintiffs' filing and service of the non-redlined Second Amended Complaint on Defendants' counsel, Charles A. Grube, through the electronic case filing system;

IT IS FURTHER ORDERED that Defendants may file a responsive pleading within twenty-one (21) days of Plaintiffs' filing of the Second Amended Complaint;

IT IS FURTHER ORDERED that the clerk shall add Brian McNeil to the electronic docket as a defendant and shall designate David Raber as terminated;

1 | IT IS FURTHER ORDERED that based on Defendants' stipulation that (i) complete relief is available from Defendants Brewer and McNeil, and (ii) Defendants Brewer and McNeil will ensure full compliance with all injunctive relief that the Court has previously and may in the future grant to Plaintiffs, and based on Plaintiffs' reliance on those stipulations, Ms. Isaacson is dismissed from the case, and the clerk shall designate her predecessor, Kathy Peckardt, as terminated on the electronic docket; and

IT IS FURTHER ORDERED that upon the filing of the Second Amended Complaint, Plaintiffs Tracy Collins, Keith B. Humphrey, Carrie Sperling, and Leslie Kemp are dismissed without prejudice and will be terminated on the docket.

DATED this 9th day of September 2013.

/s/ JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE