Tara L. Borelli (*Pro Hac Vice*)
**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**
730 Peachtree Street NE, Suite 1070
Atlanta, Georgia 30308-1210
Email: tborelli@lambdalegal.org
Telephone: 404.897.1880
Facsimile: 404.897.1884

Daniel C. Barr (Bar No. 010149)
Kirstin T. Eidenbach (Bar No. 027341)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Email: DBarr@perkinscoie.com
         KEidenbach@perkinscoie.com
         JPeters@perkinscoie.com
Telephone: 602.351.8000
Facsimile: 602.648.7000

*Attorneys for Plaintiffs Joseph R. Diaz, Beverly Seckinger, Stephen Russell, Deanna Pfleger, and Corey Seemiller, on behalf of themselves and all others similarly situated*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph R. Diaz, Beverly Seckinger, Stephen Russell, Deanna Pfleger, and Corey Seemiller, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Janice K. Brewer, personally and in her official capacity as Governor of the State of Arizona; et al.,<br><br>Defendants. | No. CV09-2402-PHX-JWS<br><br>**NOTICE OF SERVICE OF PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS** |

Pursuant to Local Rule of Civil Procedure 5.2 and Federal Rule of Civil Procedure 5(d), Plaintiffs Joseph R. Diaz, Beverly Seckinger, Stephen Russell, Deanna Pfleger, and

Corey Seemiller, by and through undersigned counsel, hereby provide notice to the Court that they have served Plaintiffs' First Set of Interrogatories to Defendants via email and first-class mail upon counsel for Defendants Janice K. Brewer and Brian McNeil.

Dated: December 13, 2013

**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**

By: /s Tara L. Borelli
Tara L. Borelli
730 Peachtree Street NE, Suite 1070
Atlanta, Georgia 30308-1210
Telephone: (404) 897-1880
Email: tborelli@lambdalegal.org

**PERKINS COIE LLP**

Daniel C. Barr
Kirstin T. Eidenbach
Jerica L. Peters

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Charles A. Grube (charles.grube@azag.gov)
Kathryn J. Winters (kathryn.winters@azag.gov)

          s/ Tara L. Borelli