1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph R. Diaz, Beverly Seckinger, Stephen Russell, Deanna Pfleger, and Corey Seemiller, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Janice K. Brewer, personally and in her official capacity as Governor of the State of Arizona; et al.,<br><br>Defendants. | No. CV09-02402-PHX-JWS<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR CLASS CERTIFICATION** |

The Court, after reviewing Plaintiff's Unopposed Motion for Class Certification, hereby orders as follows:

1.      The Court finds that Plaintiffs meet the requirements to certify the putative class under Rule 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure.  This action is certified as a class action under Rule 23(b)(2) on behalf of the following Class:

> All lesbian and gay employees of the State who are now, or
>
> will in the future, be eligible under the criteria specified in
>
> former Ariz. Admin. Code § R2-5-101 to obtain State health
>
> insurance benefits for their committed same-sex partners and
>
> their partners' dependents.

2.      For good cause shown, the Court appoints Plaintiffs Joseph R. Diaz, Beverly Seckinger, Stephen Russell, and Deanna Pfleger as Class representatives.

1

2

3        3.      After considering the factors set forth in Federal Rule of Civil

Procedure 23(g)(1)(A), and for good cause shown, the Court appoints Lambda Legal

Defense and Education Fund, Inc. and Perkins Coie LLP as Class counsel.

4        **IT IS SO ORDERED.**

5        DATED this 23rd day of December 2013.

6

7                                        /s/  JOHN W. SEDWICK
                                  UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28