Tara L. Borelli (*Pro Hac Vice*)
**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**
730 Peachtree Street, NE, Suite 1070
Atlanta, Georgia 30308-1210
Email:  tborelli@lambdalegal.org
Telephone:   404.897.1880
Facsimile:    404.897.1884

Daniel C. Barr (Bar No. 010149)
Kirstin T. Eidenbach (Bar No. 027341)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Email:  DBarr@perkinscoie.com
         KEidenbach@perkinscoie.com
         JPeters@perkinscoie.com
Telephone:   602.351.8000
Facsimile:    602.648.7000

*Attorneys for Plaintiffs Joseph R. Diaz, Beverly Seckinger, Stephen Russell, Deanna Pfleger, and Corey Seemiller, on behalf of themselves and all others similarly situated*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph R. Diaz, Beverly Seckinger, Stephen Russell, Deanna Pfleger, and Corey Seemiller, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Janice K. Brewer, in her official capacity as Governor of the State of Arizona, et al.,<br><br>Defendants. | No. CV09-2402-PHX-JWS<br><br>**PLAINTIFFS' LAY WITNESS LIST** |

Named Plaintiffs Joseph R. Diaz, Beverly Seckinger, Stephen Russell, and Deanna Pfleger, on behalf of themselves and all others similarly situated, by and through undersigned counsel, hereby disclose the lay witnesses they may wish to call at trial, pursuant to the Court's Scheduling and Planning Order ("Scheduling Order") in this case.

1 ECF No. 75. Named Plaintiffs reserve the right to modify and supplement this list as

2 provided by the rules and the Scheduling Order. *Id*. Nothing in this disclosure should be

3 construed as waiver of any privilege or evidentiary objection, including but not limited to

4 attorney client privilege or attorney work product materials.

**I. DISCLOSURE OF LAY WITNESSES**

Named Plaintiffs may wish to call the following lay witnesses at trial:

1. Joseph R. Diaz
2. Beverly Seckinger
3. Stephen Russell
4. Deanna Pfleger
5. Corey Seemiller
6. Angela Ellsworth

    c/o Tara Borelli, Esq.
    Lambda Legal Defense and Education Fund, Inc.
    730 Peachtree Street NE, Suite 1070
    Atlanta, GA 30308-1210
    (404) 897-1880

7. Tania Katan

    Ms. Katan's contact information, which was previously provided to Defendants, is on file with:
    Tara Borelli, Esq.
    Lambda Legal Defense and Education Fund, Inc.
    730 Peachtree Street NE, Suite 1070
    Atlanta, GA 30308-1210
    (404) 897-1880

19 <u>Subjects</u>: The harms to which State employees with a same-sex partner will be

20 subjected by Defendants' enforcement of Ariz. Rev. Stat. § 38-651(O), which will strip

21 State employees of family health coverage for each one's committed same-sex life

22 partner, or life partner's qualifying child; and the allegations in Plaintiffs' Second

23 Amended Complaint.

8. Janice K. Brewer
9. Brian McNeil

    c/o Charles A. Grube, Esq.
    OFFICE OF THE ATTORNEY GENERAL
    1275 West Washington
    Phoenix, AZ 85007
    (602) 542-8341

1     <u>Subjects</u>:  Health insurance coverage for Arizona State employees, their spouses, their domestic partners, and qualifying children; Defendants' duties to enforce the laws pertaining to health insurance coverage for State employees, including Ariz. Rev. Stat. § 38-651(O)'s requirement that State employees be stripped of family health coverage for a same-sex life partner, or partner's qualifying children; and the allegations in Plaintiffs' Second Amended Complaint.

Dated:  March 5, 2014

**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**

By:  /s Tara L. Borelli
     Tara L. Borelli
     730 Peachtree Street NE, Suite 1070
     Atlanta, Georgia 30308-1210
     Telephone:  (404) 897-1880
     Email:   tborelli@lambdalegal.org

**PERKINS COIE LLP**

    Daniel C. Barr
    Kirstin T. Eidenbach
    Jerica L. Peters

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Charles A. Grube (charles.grube@azag.gov)
Kathryn J. Winters (kathryn.winters@azag.gov)

    s/ Tara L. Borelli