1  THOMAS C. HORNE
   Attorney General
2  (Firm State Bar No. 14000)

3

4  Charles A. Grube
   Senior Agency Counsel
5  State Bar No. 011511
   1275 W. Washington
6  Phoenix, Arizona  85007в2997
7  Telephone:  (602) 542-8341
   Facsimile:  (602) 542-4385
8  AdminLaw@azag.gov
9  Attorneys for Defendants

10

**UNITED STATES DISTRICT COURT**

11

**DISTRICT OF ARIZONA**

12

13  Tracy Collins, Keith B. Humphrey Joseph R. Diaz,
    Beverly Seckinger, Stephen Russell, Deanna Pfleger,
14  Corey Seemiller, Carrie Sperling and Leslie Kemp,      Case No:   2:09-cv-02402-JWS

15                          Plaintiffs,                   DEFENDANTS' LAY
16                                                         WITNESS LIST
                                v.
17
    Janice K. Brewer, in her official capacity as
18  Governor of the State of Arizona, et al.,

19                          Defendants.

20

21       Defendants, by undersigned counsel, hereby provide their witness list as required by the

22  Scheduling and Planning Order in this case.

23       Those witnesses identified below as a custodian of records may be a single individual or

24  more than one custodian.  Defendants reserve the right to modify and supplement this list as

25  provided by rule and the Scheduling and Planning Order in this case, or as may be permitted by

26

27

28                                              -1-

the Court.  Nothing in this list should be deemed any waiver of any objection otherwise available to the Defendants.

1. All named Plaintiffs, who are reachable through their counsel.  Expected testimony: matters raised by the amended complaint and answer.

2. All named Defendants, who are reachable through undersigned counsel.  Expected testimony:  matters raised by the amended complaint and answer.

3. John Arnold, Director, Governor's Office of Strategic Planning and Budgeting, who is reachable through undersigned counsel.  Expected testimony:  the State of Arizona budget crisis at the time of the passage of the statute challenged in this action and related matters.

4. Marie Isaacson, Director of Human Resources, Arizona Department of Administration, who is reachable through undersigned counsel.  Expected testimony: the operation and costs of the State's Benefit Options program during the time relevant to this action and related topics, including without limitation the domestic partner program described in the amended complaint.

5. If necessary for the introduction of records, a Custodian of Records for the Arizona Department of Administration.  The precise identity, address and telephone number of the custodian are not known at this time, but the custodian will likely be located at the main offices of the Department at 100 North 15th Avenue, Phoenix, Arizona 85007, (602) 542-1500, and reachable through undersigned counsel.

6. If necessary for the introduction of records, a Custodian of Records for the Arizona Legislature, pertaining to the legislative history of the statute that the Plaintiffs challenged in this case.  The precise identity, address and telephone number of the custodian are not known at this time, but the custodian will likely be located at the

main offices of the Legislature at 1700 West Washington, Phoenix, Arizona 85007, and reachable through undersigned counsel.

7.  All witnesses that may be identified by Plaintiffs.  Expected testimony:  matters raised by the amended complaint and answer.

Defendants also reserve the right to call rebuttal witnesses necessary to rebut particular trial or deposition testimony by any witnesses called or identified by Plaintiffs. Defendants do not presently know what rebuttal testimony may be needed.

Dated this 5th day of March, 2014.

Thomas C. Horne
Attorney General


s/Charles A. Grube
Charles A. Grube
Senior Agency Counsel

1

2

NOTICE OF ELECTRONIC FILING AND
CERTIFICATE OF SERVICE

3

4

        I hereby certify that on March 5, 2013, I electronically filed and transmitted the

5

foregoing document using the Court's CM/ECF system to the following CM/ECF registrants:

6

7

Tara L. Borelli
Lambda Legal Defense and Education
Fund, Inc.

8

730 Peachtree Street, NE, Suite 1070
Atlanta, Georgia 30308-1210

9

10

Daniel C. Barr
Kirstin T. Eidenbach
Jerica L. Peters

11

Perkins Coie  LLP
2901 North Central Avenue

12

Suite 200
Phoenix, AZ  85012-2788

13

14

15

                                        s/Charles A. Grube
16
                                        Senior Agency Counsel

17

18

19

3499148

20

21

22

23

24

25

26

27

28